# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CECIL M. KLUTTZ, JR.** | * | **CIVIL ACTION NO.**_____ |
| **HUSBAND OF/AND** | * | |
| **GAYLE KLUTTZ** | * | |
| | * | **JUDGE:** _____ |
| | * | |
| **VERSUS** | * | **MAGISTRATE:**_____ |
| | * | |
| **CRACKER BARREL** | * | |
| **OLD COUNTRY STORE, INC.** | * | |

**FILED:**_____          _____
                                                                                    **DEPUTY CLERK**

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Cecil M. Kluttz, Jr. and his wife, Gayle Kluttz, who file their cause of action against Cracker Barrel Old Country Store, Inc. (herein referred to as "Cracker Barrel"), and state as follows, to wit:

## JURISDICTION

(1)

This Court has original jurisdiction of this matter on account of complete diversity of citizenship between the parties as contemplated under 28 U.S.C. 1332 in that (1) the Plaintiffs are residents of Jefferson Parish, Louisiana; (2) the Defendant is a foreign corporation with its principal place of business in Lebanon, Tennessee. The case is one of personal injury and premise liability; Plaintiffs allege that their damages exceed $75,000.00.

1

## VENUE

(2)

Venue in this Court is proper pursuant to 28 USC 1391 (b)(1) because the Plaintiffs are domiciled within the Eastern District of Louisiana and the Defendant operates a business and is doing business within the Eastern District of Louisiana.

## PARTIES

(3)

Plaintiff Cecil M. Kluttz, Jr. is a resident of Gretna, Louisiana, within the geographic parameters of the United States District Court for the Eastern District of Louisiana. Plaintiff Gayle Kluttz is a resident of Gretna, Louisiana, within the geographic parameters of the United States District Court for the Eastern District of Louisiana. Plaintiffs Cecil M. Kluttz, and Gayle Kluttz have been legally married since 1974 to the present.

(4)

Defendant CRACKER BARREL OLD COUNTRY STORE, INC. ("Cracker Barrel"), is a Tennessee corporation qualified to do and doing business in the State of Louisiana and in the Eastern District of Louisiana.

## STATEMENT OF THE CLAIM

(5)

On or about September 28, 2021, Plaintiffs were patrons and customers at the Cracker Barrel restaurant (Store # 308) in Batesville, Mississippi as the family traveled from Jonesboro, Arkansas to their home in Gretna, Louisiana. As other family members remained behind in Cracker Barrel's country store, Cecil M. Kluttz, Jr. returned to his SUV, which was parked in the Cracker

Barrel parking lot. Mr. Kluttz had to retrieve something from the front passenger glove box and later going to return to his family, who had remained in the country store.

The Kluttz vehicle occupied the first parking spot on the left/west of the vehicles parked facing the store. Upon retrieving the item from the passenger side of his vehicle, Mr. Kluttz attempted to return to his family. He stepped up from the parking lot and onto a paved walkway in front of the parked vehicles. The walkway at the location abruptly ended and was not continuous to the other walkway. The condition of the pathway, and the walking surface, caused Mr. Kluttz to fall.

The area where Mr. Klutz fell was a hazard and unreasonably dangerous, caused by a static condition or surface that Cracker Barrel and its employees knew or should have known existed. The condition thereof, created by the negligence of Cracker Barrel and its employees or agents, and the failure to warn Plaintiff, a patron and business invitee, was the sole proximate cause of the damages and injuries sustained by Mr. Klutz.

The fall caused Mr. Kluttz to sustain a significant injury to his left shoulder, a comminuted fracture to his left shoulder which required immediate surgery and a full left shoulder replacement. He continues to suffer symptoms and pain to this day.

## **STATEMENT OF RELIEF**

(6)

The conduct, actions, omissions, and negligence of Defendant Cracker Barrel directly caused, proximately caused, and/or was a substantial factor in causing the Plaintiffs to have suffered the following non-exclusive list of damages: a closed 4-part fracture of the left humerus neck with subsequent surgery and shoulder replacement; medical expenses of over $90,000 to date, past and

future physical and mental pain or suffering, disability, loss of enjoyment of life, gratification and physical enjoyment. As a result of the injuries sustained by Cecil M. Kluttz, Jr., petitioner Gayle Kluttz has experienced a loss of companionship and consortium.

**WHEREFORE,** Plaintiffs, Cecil M. Kluttz, Jr. and Gayle Kluttz, respectively pray that Defendant, Cracker Barrel Old Country Store, Inc., be served with a copy of this Complaint, Interrogatories and Request for Production, and be cited to appear and answer same, and after all legal delays and due proceedings be had, there be judgment in favor of Plaintiffs and against Defendant for all such damages as are reasonable under the premises, together with legal interest thereon from the date of judicial demand until paid in full and for all costs of these proceedings.

Respectfully submitted:

**HURLEY & COT, APLC**


_____*/S/ Timothy P. Hurley*_____
TIMOTHY P. HURLEY (LSBA #1976)
t.hurley@hurleycot.com
ROBERT K. DENNY (LSBA #33092)
r.denny@hurleycot.com
One Canal Place, Suite 2750
365 Canal Street
New Orleans, Louisiana 70130
Phone: (504) 524-5353
Fax:     (504) 534-5403
**ATTORNEYS FOR PLAINTIFFS
CECIL M. KLUTTZ. JR AND
GAYLE KLUTTZ**

**PLEASE SERVE:**

**SEE SERVICE INTRUCTIONS ON NEXT PAGE**

**SERVICE INSTRUCTIONS**

Service in this cause, along with
Interrogatories and Request for
Production of Documents, may
be had upon Defendant
Cracker Barrel Old Country Store, Inc.
through its agent for service of process
C. T. Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816