UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CECIL M. KLUTTZ, JR., *et al.* | CIVIL ACTION |
| VERSUS | NO. 22-3427 |
| CRACKER BARREL OLD COUNTRY STORE, INC. | SECTION M (2) |

## **ORDER**

Considering the parties' joint motion to dismiss (R. Doc. 31),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims of plaintiffs Cecil M. Kluttz, Jr. and Gayle Kluttz against defendant Cracker Barrel Old Country Store, Inc. are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 23rd day of October, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE